David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ROBERT E. STRAHL*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT E. STRAHL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICA'S SERVICING ) <br> COMPANY; HOMEQ SERVICING ) <br> CORP; HSBC AUTO FINANCE ) <br> D/B/A HOUSEHOLD AUTOMOTIVE ) <br> FINANCE; EQUIFAX ) <br> INFORMATION SERVICES, LLC, ) <br> ) <br> Defendants. ) | Case No. 2:17-cv-01654-JCM-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION AS TO AMERICA'S SERVICING COMPANY ONLY** |

Plaintiff ROBERT E. STRAHL and Defendant AMERICA'S SERVICING COMPANY hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AMERICA'S SERVICING COMPANY**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 22, 2017

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Kelly H. Dove, Esq.
Kelly H. Dove, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169-5958
*Attorney for Defendant AMERICA'S SERVICING COMPANY*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
September 26, 2017
DATED: _____